1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

| | |
|---|---|
| 8  James J. Jorissen, | Case No.: 2:14-cv-00765-JAD-PAL |
| 9                                    Plaintiff, | |
| 10                      v. | **Order Granting Motion for Leave to Amend [Doc. 5]** |
| 11  Brent Donald Hollingsworth, Yaa Boaa Aining, | |
| 12  David M. Sheerin, Pamela J. Sheerin, Mortgage Electronic Registration Systems, Inc., HSBC | |
| 13  Bank USA, National Association, trustee, on behalf of the holders of the Nomura home equity | |
| 14  loan, inc. Asset-backed Certificates Series 2005-he1 Quality Loan Service, | |
| 15                                    Defendants. | |

16

17      Plaintiff commenced this real property suit on May 15, 2014.  Doc. 2.  On July 1, 2014, he

18 filed a motion for "a Petition in the Nature of Amended Complaint for Quiet Title."  Doc. 5.  A

19 review of this motion makes it apparent that this is really[1] a request for leave to file an amended

20 complaint.  *See id*.

21      No defendant has yet answered the complaint.  Rule 15 of the Federal Rules of Civil

22 Procedure permits a party to amend its complaint as a matter of course within 21 days of serving it.

23 Fed. R. Civ. P. 15(a)(1).  The record does not reflect if or when the complaint was served in this

24 case, accordingly, the court cannot determine whether plaintiff may take advantage of the ability

25 under Rule 15(a)(1) to amend as a matter of course.  Rule 15(a)(2) permits the court to grant leave to

26 _____

27      [1] The court construes—as it must—this pro se filing liberally.  *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976).

28                              Page 1 of  2

1   amend and instructs that leave should be freely given when justice requires.  Fed. R. Civ. P.

2   15(a)(2).  As this case remains in its infancy and no defendant has yet appeared, the court finds good

3   cause to permit amendment at this time.  Accordingly,

4            IT IS HEREBY ORDERED that plaintiff's request for leave to amend **[#5] is GRANTED**;

5            Plaintiff is directed to re-title Document #5 (the motion) to reflect that the document is a

6   "First Amended Complaint"; plaintiff must then file that First Amended Complaint with the Clerk of

7   Court within 10 days of the date of this order and ensure that it is properly and timely served on the

8   defendants.

9            Dated: August 20, 2014.

10

11                                                          JENNIFER A. DORSEY
                                                            UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28