UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James J. Jorissen,

                Plaintiff,

v.

Brent Donald Holingsworth, et al.,

                Defendants.

Case No. 2:14-cv-765-JAD-PAL

**Order Re: Doc. 6**

      Plaintiff commenced this real property suit on May 15, 2014. Doc. 2. On July 1, 2014, he filed a motion for "a Petition in the Nature of Amended Complaint for Quiet Title." Doc. 5. Upon review of this motion, it is apparent that this is really a request for leave to file an amended complaint. Doc. 6 at 1. On August 14, 2014, because no defendant had yet appeared, I found good cause to grant the request for an amended complaint and instructed plaintiff to "re-title Document # 5 (the motion) to reflect that the document is a 'First Amended Complaint," and then "file that First Amended Complaint with the Clerk of Court within 10 days of the date of this order and ensure that it is properly and timely served on the defendants." *Id.* at 2. To date, plaintiff has not complied with this instruction. By this order, I reiterate my instruction regarding plaintiff's re-filing obligations.

      Plaintiff is **HEREBY ORDERED** to re-title Document #5 (the motion) to reflect that the document is a "First Amended Complaint"; plaintiff must then file that First Amended Complaint with the Clerk of Court by December 22, 2014 and ensure that it is properly and timely served on the defendants. Plaintiff is cautioned that his failure to file the First Amended Complaint as instructed may result in sanctions for failure to comply with a court order, including striking of the amended complaint.

      DATED: December 11, 2014.

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge

**Clerk to notify:**
James J. Jorissen
4375 East Sahara Avenue
Unite 12A
Las Vegas, NV 89104